

# Missouri Court of Appeals
## Southern District

**APRIL 28, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No.  SD32390

     Re:    STATE OF MISSOURI,
            Respondent,
            vs.
            ROBERT H. STEELE,
            Appellant.